UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALTAZAR ORTIZ,<br>Plaintiff,<br>v.<br>CYNTHIA ROJAS, et al.,<br>Defendants. | Case No. 26-cv-06434-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff's complaint was filed on June 26, 2026. Dkt. No. 1. It included a lodged IFP application on the improper form. Dkt. 1-1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted the right *in forma pauperis* (IFP) application form. Dkt. No. 3. The Clerk's notice gave plaintiff 28 days to submit the proper form, along with a blank prisoner's application to proceed with an IFP application. *Id.*

Plaintiff filed a second request to waive court fees on July 1, 2026, again on the incorrect form. Dkt. No. 6. The Clerk sent a second notice on July 6, 2026 that plaintiff's action was deficient due to filing the incorrect form, providing the correct form. Dkt. No. 8. The deadline to submit the proper form, August 3, 2026, has passed. Plaintiff has not submitted the form nor communicated with the court since July 1, 2026.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either payment of the full filing fee or a completed IFP application.

**IT IS SO ORDERED.**

Dated: August 26, 2026

TRINA L. THOMPSON
United States District Judge